1   BENJAMIN B. WAGNER
    United States Attorney
2   CAMIL A. SKIPPER
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California  95814
4   Telephone:    (916) 554-2709
    Facsimile:    (916) 554-2900
5

6   Attorneys for Plaintiff
    UNITED STATES OF AMERICA
7

**FILED**

APR 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE SEARCH OF:  )   S.W. NO. 11-SW-0172-EFB
                                     )
12                                   )
    THE PERSON OF RANDALL PAUL       )   **ORDER CONCERNING GOVERNMENT'S**
13  WESSAR                           )   **EX PARTE MOTION TO UNSEAL**
                                     )   **SEARCH WARRANT, APPLICATION FOR**
14                                   )   **SEARCH WARRANT, AND**
                                     )   **ACCOMPANYING AFFIDAVITS**
15  _____ )

16       Upon application of the United States of America and good cause

17  having been shown,

18       IT IS HEREBY ORDERED that the search warrant, application for

19  search warrant, and accompanying affidavits underlying the search

20  warrant in the above-captioned proceeding be and are hereby UNSEALED.

21

22

23  Date: 4-28-2011

24                                   _____

25                                   EDMUND F. BRENNAN
                                     United States Magistrate Judge
26

27

28
                          1      ORDER CONCERNING GOVERNMENT'S EX PARTE
                              MOTION TO UNSEAL SEARCH WARRANT, APPLICATION
                                FOR SEARCH WARRANT, AND ACCOMPANYING
                              AFFIDAVITS [IN THE MATTER OF THE SEARCH OF:
                                THE PERSON OF RANDALL PAUL WESSAR,
                                           S.W. NO. 11-SW-0172-EFB]